# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOSEPH CONNOLLY, *et al.* | v. | MICHAEL K. JEANES, *et al.* |
| THE HONORABLE JOHN W. SEDWICK | | 2:14-cv-00024-JWS |
| PROCEEDINGS: **ORDER FROM CHAMBERS** | | April 2, 2014 |

The motion at docket 25 to set a briefing schedule is granted as follows:

A. Plaintiffs' motion for summary judgment ("PMSJ") shall be filed by April 21, 2014.

B. Defendants' response to the PMSJ and cross-motion for summary judgment ("DMSJ") shall be filed by May 12, 2014.

C. Plaintiffs' combined reply in support of the PMSJ and response to the DMSJ shall be filed by June 2, 2014.

D. Defendants' reply in support of the DMSJ shall be filed by June 23, 2014.

_____