SHAWN K. AIKEN
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
docket@ashrlaw.com
ska@ashrlaw.com
ham@ashrlaw.com
Shawn K. Aiken - 009002
Heather A. Macre - 026625

DILLON LAW OFFICE
PO Box 97517
Phoenix, Arizona 85060
Telephone: (480) 390-7974
dillonlaw97517@gmail.com
Mark Dillon - 014393

MIKKEL (MIK) JORDAHL P.C.
114 North San Francisco, Suite 206
Flagstaff, Arizona 86001
Telephone: (928) 214-0942
mikkeljordahl@yahoo.com
Mikkel Steen Jordahl - 012211

GRIFFEN & STEVENS
LAW FIRM, PLLC
609 North Humphreys St.
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
stevens@flagstaff-lawyer.com
Ryan J. Stevens - 026378

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Connolly and Terrel L. Pochert; Suzanne Cummins and Holly N. Mitchell; Clark Rowley and David Chaney; R. Mason Hite, IV and Christopher L. Devine; Meagan and Natalie Metz; Renee Kaminski and Robin Reece; Jeffrey Ferst and Peter Bramley,<br><br>Plaintiffs,<br>v.<br><br>Chad Roche, In His Official Capacity As Clerk Of The Superior Court Of Pinal County, Arizona; Michael K. Jeanes, In His Official Capacity As Clerk Of The Superior Court Of Maricopa County, Arizona; and Deborah Young, In Her Official Capacity As Clerk Of The Superior Court Of Coconino County, Arizona,<br><br>Defendants. | Case No. 2:14-cv-00024-JWS<br><br><br><br>**PLAINTIFFS' BILL OF COSTS** |

Judgment having been entered on October 17, 2014 against Defendants, the Clerk is requested to tax the following as costs:

## BILL OF COSTS

Fees of the Clerk (Filing fee - Complaint)         $400.00
(See attached)

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the fees charged for services were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Mark Brnovich
Arizona Attorney General
John R. Lopez, IV
Solicitor General
Kathleen P. Sweeney
Assistant Attorney General
1275 West Washington
Phoenix, Arizona 85007-2997
john.lopez@azag.gov
kathleen.sweeney@azag.gov
Attorneys for Defendants

DATED: July 23, 2015.

By  s/ *Shawn K. Aiken – 009002*
    Shawn K. Aiken
    Heather A. Macre
    2390 East Camelback Road, Suite 400
    Phoenix, Arizona 85016

By  s/ *Ryan J. Stevens – 026378*
    Ryan J. Stevens
    GRIFFEN & STEVENS LAW FIRM, PLLC
    609 North Humphreys Street
    Flagstaff, Arizona 86001

By  s/ *Mikkel Steen Jordahl -- 012211*
    Mikkel Steen Jordahl
    MIKKEL (MIK) JORDAHL PC
    114 North San Francisco, Suite 206
    Flagstaff, Arizona 86001

By  s/ *Mark Dillon -- 014393*
    Mark Dillon
    DILLON LAW OFFICE
    PO Box 97517
    Phoenix, Arizona 85060

Attorneys for Plaintiffs

*Connolly et. al. v. Roche et al.*                    2

## TAXATION OF COSTS

Costs are taxed in the amount of $400.00 and included in the judgment.

UNITED STATES DISTRICT COURT

DATED: _____, 2015        By_____
                                           Deputy Clerk

*Connolly et. al. v. Roche et al.*                3

## DeAnn Buchmeier

| | |
|---|---|
| **From:** | azddb_responses@azd.uscourts.gov |
| **Sent:** | Monday, January 06, 2014 3:55 PM |
| **To:** | azddb_nefs@azd.uscourts.gov |
| **Subject:** | Activity in Case 2:14-cv-00024-JWS Connolly et al v. Brewer et al New Case Opened |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered on 1/6/2014 at 3:54 PM MST and filed on 1/6/2014
**Case Name:**          Connolly et al v. Brewer et al
**Case Number:**    2:14-cv-00024-JWS
**Filer:**
**Document Number:** 3

**Docket Text:**
**Filing fee paid, receipt number PHX 0970-9988402. This case has been assigned to the Honorable John W. Sedwick. All future pleadings or documents should bear the correct case number: CV-14-00024-PHX-JWS. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK)**


**2:14-cv-00024-JWS Notice has been electronically mailed to:**

Shawn Keith Aiken     ska@ashrlaw.com, docket@ashrlaw.com, whk@ashrlaw.com

Heather Ann Macre     hmacre@mhlevine.com

**2:14-cv-00024-JWS Notice will be sent by other means to those listed below if they are affected by this filing:**

Ellen Kristine Aiken
Sacks Tierney PA
4250 N Drinkwater Blvd., 4th Fl.
Scottsdale, AZ 85251-3647

1


CM/ECF  ?

- Civil
- Criminal
- Query
- Reports
- Utilities
- Search
- Logout

## File a New Civil Case

Processing

### U.S. District Court

### DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered by Aiken, Shawn on 1/6/2014 at 2:16 PM MST and filed on 1/6/2014
**Case Name:** Plaintiff v. Defendant
**Case Number:** 2:14-at-99901
**Filer:**
**Document Number:** 15

**Docket Text:**
**New Civil Case documents submitted. Filing fee received: $ 400, receipt number 0970-9988402. Plaintiff: Joseph Connolly, Defendant: Janice K. Brewer. (Aiken, Shawn)**

**No public notice (electronic or otherwise) sent because the entry is private**
The following document(s) are associated with this transaction:
**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/6/2014] [FileNumber=11626253-0
] [83cbd5a2f3d20d6b4788326a6535635d9f5faf6eca78b3ab64ff90513ecdc61e14e
be4142739941caf994e3bcdefd74efe3f853f2379544a61ec32d078671ddb]]
**Document description:** Summons Summons to Janice K. Brewer, Governor of Arizona
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/6/2014] [FileNumber=11626253-1
] [6563ac22848c211a10031d347b7524238bb075c986f4cb9ed52472aad19d1422925
e727755c37ab08e10aab60af7b1c4b36daf240e141012e9af1c165021ca52]]
**Document description:** Summons Summons to Thomas C. Horne, Attorney General of Arizona
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/6/2014] [FileNumber=11626253-2

] [36a0b96067e157be0e35ac66dd22ae909cd8e83c16e1088fb02d08f2649258840c2c22c173a542883b2d909fc82003bd93e0e219d734356037127b7a6456084f]]
**Document description:** Summons Summons to Michael K. Jeanes, Clerk of the Maricopa County Superior Court
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/6/2014] [FileNumber=11626253-3
] [a16783c8279a0e739bc5ffbc720091974a8c79a89700c80330016dfc02e34d6e4c1fcc3b673bdee3ff101ee301ccbf0fd7ef5e1af3c7ff4809cd230ef7864282]]
**Document description:** Civil Cover Sheet Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/6/2014] [FileNumber=11626253-4
] [946eef73e789ded075bbc49c20b11d513133cdc20b2377a6e6a1ee65dc89ad93975f1666d4d453be88e3bc6188f00bcbc45f368e7e9a567495ec10ffad656cbf]]